■ In the Matter of the Claim of Jose G. Marin-Diaz, Appellant. Commissioner of Labor, Respondent. [29 NYS3d 835]— Appeals (1) from a decision of the Unemployment Insurance Appeal Board, filed March 17, 2015, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct, and (2) from a decision of said Board, filed July 8, 2015, which denied claimant's application for reopening and reconsideration.

Decisions affirmed. No opinion.

Lahtinen, J.P., Garry, Rose, Devine and Mulvey, JJ., concur. Ordered that the decisions are affirmed, without costs.